**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Linda Tvedt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| James Svihovec, as the Representative of ) | |
| Estate of Amy Svihovec, deceased, ) | Case No. 4:12-cv-109 |
| ) | |
| Defendant. ) | |

On April 29, 2013, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 16) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs, disbursements, or attorney's fees to any party.

Dated this 30th day of April, 2013.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge