# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Linda Tvedt, )<br>)<br>   Plaintiff, )<br>)<br>          )<br>vs. )<br>)<br>James Svihovec, as the Representative of )<br>Estate of Amy Svihovec, deceased, )<br>)<br>   Defendant. ) | **ORDER**<br><br><br><br>Case No. 4:12-cv-109 |

On April 29, 2013, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 16) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs, disbursements, or attorney's fees to any party.

Dated this 30th day of April, 2013.

                */s/ Charles S. Miller, Jr.*
                Charles S. Miller, Jr.
                United States Magistrate Judge